# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01092 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 7) |

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The mandatory scheduling conference is CONTINUED to December 14, 2018 at 8:45 a.m.

IT IS SO ORDERED.

　Dated: **September 21, 2018**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE