**MARGO A. RAISON, COUNTY COUNSEL**
**By: Kathleen Rivera, Deputy (SBN 211606)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**
**Attorneys for Defendants, County of Kern,**
**Nick Evans and Todd Newell**

**Luis A. Carrillo, Esq. (SBN 70398)**
**Michael S. Carrillo, Esq. (SBN 258878)**
**CARRILLO LAW FIRM, LLP**
**1499 Huntington Dr., Ste. 402**
**South Pasadena, CA 91030**
**Telephone 626-799-9375**
**Attorneys for Plaintiff Rhonda Hagood**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA HAGOOD** | **Case No.: 1:18-CV-01092 JLT** |
| **Plaintiff,** | |
| **v.** | **ORDER GRANTING SUPPLEMENTAL STIPULATION TO AMEND THE CASE SCHEDULE** |
| **KERN COUNTY, a California municipal entity; NICK EVANS, an individual; TODD NEWELL, and individual; and DOES 1 THROUGH 10, Inclusive.** | **(Docs. 24, 26)** |
| **Defendants.** | |

### ~~PROPOSED~~ ORDER

The parties seek an order amending the case schedule. (Docs. 24, 26) Based upon the information contained in the supplemental stipulation (Doc. 26), it appears that the originally assigned Deputy County Counsel failed to diligently pursue discovery in this case. Other than producing responses to discovery and making an incomplete Rule 26 disclosure, nothing else

1

appears to have been done until it was reassigned to Ms. Rivera.  Because the earlier conduct prejudices the plaintiff and because Ms. Rivera has worked diligently to correct this situation, the Court **ORDERS** the case schedule to be amended as follows:

1.    All non-expert discovery **SHALL** be completed **no later than December 18, 2019**;

2.    All non-expert discovery **SHALL** be completed **no later than February 24, 2020**.  Toward this end, the parties **SHALL** disclose all experts **no later than January 17, 2020** and any rebuttal experts by **February 7, 2020**;

3.    Any non-dispositive or dispositive motions **SHALL** be filed **no later than February 13, 2020** and heard **no later than March 20, 2020**;

4.    The pretrial conference is **CONTINUED** to **April 10, 2020 at 9:00 a.m.**;

5.    The trial is **CONTINUED** to **June 8, 2020 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:  __**October 1, 2019**__                       ____**/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

Supplemental Stipulation to Amend the Scheduling Order; [~~Proposed~~] Order; Declaration of Kathleen Rivera; Declaration of Michael Carrillo