**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHONDA HAGWOOD<br><br>                Plaintiff,<br>vs.<br><br>KERN COUNTY, et. al.<br><br>    Defendants. | CASE NO. 1:18-cv-01092-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION RE: CONTINUANCE OF THE SETTLEMENT CONFERENCE**<br><br>(Doc. 29) |

       Based upon the stipulation of counsel, the settlement conference set on November 19, 2019 before Magistrate Judge Sheila K, Oberto, is VACATED. Counsel may file a joint request for a settlement conference if they believe the case is in a settlement posture. They should file the request at least 60 days before their proposed dates for the conference.

IT IS SO ORDERED.

    Dated: **November 7, 2019**              **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE