# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA HAGOOD,** | CASE NO: 1:18-cv-01092-JLT |
| PLAINTIFF, | [~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT AND AMEND THE CASE SCHEDULE |
| v. | |
| **KERN COUNTY, et al.,** | |
| Defendants. | |

1. Plaintiff may file her proposed first amended complaint within three court days;
2. Kern County, Nick Evans, and Todd Newell shall file their responsive pleading within 30 days thereafter;
3. The case schedule is amended as follows:
    a. All non-expert discovery SHALL be completed no later than January 10, 2020;
    b. The parties SHALL disclose their experts no later than January 31, 2020 and any rebuttal experts by February 14, 2020.

No other amendments to the case schedule are authorized.

IT IS SO ORDERED.

Dated: **December 4, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE