# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGWOOD<br><br>                 Plaintiff,<br>vs.<br><br>KERN COUNTY, et. al.<br><br>                 Defendants. | **CASE NO. 1:18-cv-01092-JLT**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: CONTINUANCE OF THE MOTION TO COMPEL NON PARTY**<br>(Doc. 36) |

**UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

That the Court approves the Joint Stipulation to continue the Motion to Compel Non Party. The hearing date of the Motion to Compel is continued from the present date of December 19, 2019 to the new date of January 16, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **December 12, 2019**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE