# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGWOOD<br><br>　　　　　　　　Plaintiff,<br>v.<br>KERN COUNTY, et al.,<br>Defendants. | Case No.: 1:18-CV-01092 JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE EXPERT DISCOVERY PERIOD<br>(Doc. 44) |

The parties seek an order amending the case schedule to extend the expert discovery period by eight days. (Doc. 44) Because this has little impact on the case schedule, the Court **ORDERS**:

　　1.　　All expert discovery **SHALL** be completed **no later than March 3, 2020**.

IT IS SO ORDERED.

　　Dated:　**February 6, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE