# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGWOOD, et al., | Case No.: 1:18-cv-01092-JLT |
| Plaintiffs, | ORDER SETTING TRIAL AND PRETRIAL DATES |
| v. | |
| KERN COUNTY, et al., | |
| Defendants. | |

At the parties urging, the Court stayed the case as a result of two third-party witnesses, who refused to submit to deposition. (Doc. 47) Because those depositions have now been taken and counsel indicated the case was ready to be set for trial, the Court ordered them to confer and to submit a joint report "setting forth the proposed schedule for the remaining case dates."[1] (Doc. 49). The parties have proposed a trial date in February 2021 (Doc. 50). Thus, the Court **ORDERS:**

1. The trial is set on **February 22, 2021** at 8:30 a.m.;

2. The pretrial conference is set on **January 4, 2021** at 10:00 a.m. The parties are ordered to file a joint pretrial statement pursuant to Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Judge Thurston's chambers, by email at JLTorders@caed.uscourts.gov.

---

[1] Counsel propose a trial date only. They do not propose dates for dispositive motions, so the Court concludes that the parties do not believe that they can file a meritorious motion.

1

Counsel are directed to Local Rules 281 and 282 setting forth their obligations in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules the joint pretrial statement **SHALL** include joint statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

IT IS SO ORDERED.

Dated: **March 20, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE