**MARGO A. RAISON, COUNTY COUNSEL**
By: Kathleen Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants, County of Kern
(Erroneously sued and served as Kern County),
Nick Evans, and Todd Newell

LUIS A. CARRILLO, ESQ. (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
Carrillo Law Firm, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

Attorneys for Plaintiffs, Rhonda Hagwood
And Doug Lovett

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGWOOD, DOUG LOVETT ) | Case No.: 1:18-CV-01092 JLT |
| ) Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| KERN COUNTY, a California municipal ) | ORDER REGARDING SCHEDULE FOR |
| entity; NICK EVANS, an individual; ) | REMAINING CASE DATES |
| TODD NEWELL, and individual; and ) | |
| DOES 1 THROUGH 10, Inclusive. ) | |
| ) Defendants. ) | |

TO THE HONORABLE COURT:

WHEREAS on 2/13/20 this court issued an order staying this case (Doc. 32).

///

1

_____
Stipulation and Proposed Order Regarding Schedule for Remaining Case Dates, *1:18-CV-01092 JLT*

1  WHEREAS this court issued a Minute Order dated 3/9/20 lifting the stay and directing counsel for the parties to file a joint report no later than 3/17/20 setting forth the proposed schedule for the remaining case dates (Doc. 49).

WHEREAS counsel for the parties met and conferred and based upon the court's calendar, counsel's calendar, and the schedule of retained experts, counsel proposed a trial date in February 2021. Counsel submitted a joint report with the proposed new trial date on 3/17/20 (Doc. 50).

WHEREAS this court then issued an order on 3/20/20 setting forth a new trial date of 2/22/21 and a pre-trial conference date of 1/4/21 (Doc. 52).

WHEREAS counsel for the parties wish to establish a schedule for other trial related dates which were affected by the stay and which counsel did not address in their joint report referenced above.

THEREFORE, counsel submit the following proposed dates for this court's consideration:

Settlement Conference:  August 4, 2020, 10:00 a.m.

Expert Discovery deadline:  Sept. 3, 2020

Dispositive motion deadlines:

    Filing:  Sep. 15, 2020

    Hearing:  Oct. 20, 2020

Non Dispositive motion deadlines:

    Filing:  Sep. 15, 2020

    Hearing:  Oct. 20, 2020

Dated:  May 5, 2020                          MARGO A. RAISON, COUNTY COUNSEL

                                    By:  /s/ Kathleen Rivera
                                        Kathleen Rivera, Deputy
                                        Attorneys for Defendants

Dated:  May 5, 2020                          CARRILLO LAW FIRM, LLP.

                                    By:  /s/ Michael Carrillo
                                        Michael Carrillo, Esq.
                                        Attorneys for Plaintiffs

Stipulation and Proposed Order Regarding Schedule for Remaining Case Dates, *1:18-CV-01092 JLT*

[PROPOSED] ORDER

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, HEREBY ORDERS and adopts the following schedule for the remaining dates in this case:

Settlement Conference:  August 4, 2020, 10:00 a.m. before Magistrate Judge Jeremy S. Peterson in Courtroom 6, at the Robert E. Coyle Courthouse located at 2500 Tulare Street Fresno, CA;

Expert Discovery deadline:  Sept. 3, 2020

Dispositive motion deadlines:

    Filing:  Sep. 15, 2020

    Hearing:  Oct. 20, 2020

Non Dispositive motion deadlines:

    Filing:  Sep. 15, 2020

    Hearing:  Oct. 20, 2020

IT IS SO ORDERED.

Dated:   **May 6, 2020**                              **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order Regarding Schedule for Remaining Case Dates, *1:18-CV-01092 JLT*