1  **MARGO A. RAISON, COUNTY COUNSEL**
**By: Kathleen Rivera, Deputy (SBN 211606)**
2  **Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
3  **Bakersfield, CA 93301**
**Telephone 661-868-3800**
4  **Fax 661-868-3805**
5

6  **Attorneys for Defendants, County of Kern**
**(Erroneously sued and served as Kern County),**
7  **Nick Evans, and Todd Newell**

8  **MICHAEL S. CARRILLO (SBN 258878)**          **DALE K. GALIPO (SBN 144074)**
**Carrillo Law Firm, LLP**                     **Law Offices of Dale K. Galipo**
9  **1499 Huntington Drive, Suite 402**          **21800 Burbank Boulevard, Suite 310**
**South Pasadena, CA 91030**                   **Woodland Hills, CA  91367**
10  **Telephone 626-799-9375**                     **Telephone 818-347-3333**
**Fax 626-799-9380**                           **Fax 818-347-4118**
11

12  **Attorneys for Plaintiffs, Rhonda Hagwood**
**And Doug Lovett**
13

14

15                     **UNITED STATES DISTRICT COURT**

16                     **EASTERN DISTRICT OF CALIFORNIA**

17  **RHONDA HAGWOOD, DOUG LOVETT**  )  **Case No.: 1:18-CV-01092 JLT**
                                      )
18                     **Plaintiff,**  )
                                      )
19  **v.**                            )
                                      )  **STIPULATION AND [~~PROPOSED~~]**
20  **KERN COUNTY, a California municipal**  )  **ORDER REGARDING WITHDRAWAL**
**entity; NICK EVANS, an individual;**    )  **OF CERTAIN CAUSES OF ACTIONS**
21  **TODD NEWELL, and individual; and**     )  **AND CLAIMS**
**DOES 1 THROUGH 10, Inclusive.**         )  **(Doc. 61)**
22                                      )
                                      )
23                     **Defendants.**  )
                                      )
24  _____  )
25

26

27

28

                                      1

TO THE HONORABLE COURT:

WHEREAS the parties have met and conferred for the purpose of determining whether issues can be resolved without the necessity of the filing of a motion for summary judgment and/or adjudication, as required by the Court's Scheduling Order in this matter (Doc. No. 15).

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS, RHONDA HAGODD AND DOUG LOVETT, and DEFENDANTS, COUNTY OF KERN, TODD NEWELL and NICK EVANS, by and through their respective attorneys of record:

1) That Defendants agree to not file a motion for summary judgment and/or adjudication in this case ; AND

2) that Plaintiffs agree that the following claims against the COUNTY OF KERN, TODD NEWELL and NICK EVANS be dismissed from this action, with prejudice, each side to bear their own costs:

**to the extent said claims are based upon the alleged acts or omissions of the Kern County Sheriff's office and/or Kern County Sheriff employees**, in this case be dismissed from this action, each side to bear their own costs:

1.    As to the First Cause of Action of Plaintiff's First Amended Complaint, all claims which allege that Todd Newell and/or Nick Evans were negligent in failing to provide and/or summon prompt medical care to Nicholas Lovett, and all claims which alleged the County of Kern failed to properly train and supervise employees are DISMISSED.

2.    As to the Third Cause of Action of Plaintiff's First Amended Complaint, all § 1983 claims against all defendants contained therein pursuant to the Eighth Amendment of the U.S. Constitution are DISMISSED.

3.    As to the Fourth Cause of Action of Plaintiff's First Amended Complaint, for municipal liability against the County of Kern for an alleged failure to train, this cause of action is DISMISSED in its entirety.

4.    As to the Fifth Cause of Action of Plaintiff's First Amended Complaint, for municipal liability against the County of Kern for an alleged unconstitutional custom or policy, this cause of action is DISMISSED in its entirety.

Stipulation and ~~Proposed~~ Order Regarding Withdrawal of Certain Causes of Action and Claims

*1:18-CV-01092 JLT*

5.      The remaining claims against the COUNTY OF KERN, NICK EVANS, and TODD NEWELL are not affected by this stipulation and remain intact.


Respectfully submitted,

DATED: September 4, 2020              LAW OFFICES OF DALE GALIPO

                                      _/s/ Dale K. Galipo_____
                                      By:  Dale K. Galipo
                                      Ranhee Lee
                                      Attorneys for Plaintiffs


DATED: September 4, 2020              CARRILLO LAW FIRM, LLP

                                      _/s/ Michael S. Carrillo_____
                                      By:  Michael S. Carrillo
                                      Attorneys for Plaintiffs


DATED: September 4, 2020              MARGO A. RAISON, COUNTY COUNSEL

                                      _/s/ Kathleen Rivera_____
                                      By:  Kathleen Rivera
                                      Attorneys for Defendants



IT IS SO ORDERED.

   Dated:  __September 9, 2020__          _____/s/ Jennifer L. Thurston__
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation and ~~Proposed~~ Order Regarding Withdrawal of Certain Causes of Action and Claims
*1:18-CV-01092 JLT*