UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGOOD, *et al*.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KERN COUNTY, *et al*.<br><br>　　　　　Defendants. | Case No. 1:18-cv-01092-CDB<br><br>ORDER ON STIPULATION TO AMEND CAPTION<br><br>(Doc. 21) |

　　　On August 13, 2018, Plaintiffs Rhonda Hagood and Doug Lovett filed a complaint against Defendants Kern County, Nick Evans, and Todd Newell.  (Doc. 1).  The complaint erroneously listed Plaintiff Rhonda "Hagood" as Rhonda "Hagwood."  On August 12, 2019, the parties filed a stipulation to amend the caption in this matter.  (Doc. 21).  That same day, Plaintiff Rhonda Hagood filed a joinder to the joint stipulation to amend the caption in this matter.  (Doc. 20). Accordingly, in light of the parties' pleadings and representations, and for good cause appearing, it is HEREBY ORDERED, the Clerk of Court is DIRECTED to amend the caption in this matter to reflect the name of Rhonda Hagood as Plaintiff.

IT IS SO ORDERED.

　　Dated:　__**April 5, 2023**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE