Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Suite #402
South Pasadena, California 91030
Telephone:  (626) 799-9375
Facsimile:  (626) 799-9380

Dale K. Galipo, Esq. Bar No. 144074
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818)347-3333
Email: dalekgalipo@yahoo.com

Attorneys for Plaintiffs
Rhonda Hagood and Doug Lovett

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGWOOD,<br><br>             Plaintiff,<br>vs.<br><br>KERN COUNTY, et al.<br><br>             Defendants. | **CASE NO. 1:18-CV-01092-CDB**<br><br>*Magistrate Judge Christopher D. Baker*<br><br>**JOINT STIPULATION TO EXCLUDE INTRODUCTION OF EVIDENCE, REFERENCES AND/OR TESTIMONY DURING VOIR DIRE OR TRIAL**<br><br>**Date: April 10, 2023**<br>**Time: 11:00 a.m.** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**THIS STIPULATION IS HEREBY** entered into by and between Plaintiffs, by and through their counsel of record, the Carrillo Law Firm, LLP, Luis Carrillo, Michael Carrillo, and Dale K. Galipo, and Kathleen Rivera, Attorney for Defendants Kern County, Nick Evans, and Todd Newell.

**WHEREAS,** both parties stipulate to exclude any reference that Plaintiff Rhonda Hagood's alleged prior alcohol or drug use.

**WHEREAS,** both parties stipulate to exclude any witnesses' lay opinions on the ultimate facts of this case.

**WHEREAS,** both parties stipulate to exclude any reference any Facebook posts or messages from Nathan Hagood to Linda Caywood.

**WHEREAS,** both parties stipulate to exclude any reference that Misty Shockey was admitted to a rehabilitation program.

**WHEREAS,** both parties stipulate to exclude any reference any Facebook posts or messages by Nathan Hagood regarding Joshua Cowley.

**WHEREAS,** both parties stipulate to exclude any reference that evidence of Decedent Nicholas Lovett's high school grades and other academic records.

**WHEREAS,** both parties stipulate to exclude any reference that evidence of when Plaintiff Doug Lovett joined the instant action.

///

///

**THEREFORE**, based on the foregoing, the Parties hereby stipulate to exclude the above issues enumerated above and or other issues stipulated to above.

DATED: March 10, 2023  CARRILLO LAW FIRM, LLP
LAW OFFICES OF DALE K. GALIPO

By  /s/ Michael S. Carrillo
Michael S. Carrillo
Dale K. Galipo, Esq.
Attorney for Plaintiffs

DATED: March 10, 2023  DEPUTY COUNTY COUNSEL

By  /s/ Kathleen Rivera,
Kathleen Rivera, Attorney for Defendants Kern County, Nick Evans, and Todd Newell

**FOR GOOD CAUSE SHOWN**, The Court hereby approves this stipulation to exclude introduction of evidence, references, and/or testimony during voir dire or trial.

IT IS SO ORDERED.

Dated: __**April 5, 2023**__

UNITED STATES MAGISTRATE JUDGE