MARGO A. RAISON, COUNTY COUNSEL
By: Kathleen Rivera, Deputy (SBN 211606)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants, County of Kern
(Erroneously sued and served as Kern County),
Nick Evans, and Todd Newell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGOOD, an individual, DOUG LOVETT, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>KERN COUNTY, a California municipal entity; NICK EVANS, an individual; TODD NEWELL, and individual; and DOES 1 THROUGH 10, Inclusive.<br><br>            Defendants. | Case No.: 1:18-cv-01092-CDB<br><br>**JOINT STIPULATION TO EXCLUDE INTRODUCTION OF EVIDENCE, REFERENCES AND/OR TESTIMONY DURING VOIR DIRE OR TRIAL** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

The parties, through their counsel, STIPULATE as follows:

WHEREAS, both parties stipulate to exclude any evidence or reference to any offers or demands to resolve this case through a monetary settlement.

WHEREAS, both parties stipulate to exclude any evidence or reference to the County of Kern having insurance, being self-insured or defendants' wealth.

WHEREAS, both parties stipulate to exclude any evidence or reference of any opinion of any witness, including expert witnesses, as to the credibility of other witnesses, including law enforcement.

1

WHEREAS, both parties stipulate to exclude any evidence or reference to evidence that is protected by the California Penal Code Sec. 832.7 and 832.8 and California Evidence Code 1040 and 1043 and the Deputies' Rights to Privacy, unless the defendants open the door to such evidence.

WHEREAS, both parties stipulate to mutually exclude any non party witnesses from the courtroom

THEREFORE, based on the foregoing, the Parties hereby stipulate to exclude the above issues enumerated above and or other issues stipulated to above.

Dated:   March 10, 2023                         MARGO A. RAISON, COUNTY COUNSEL

By:   /s/Kathleen Rivera
    Kathleen Rivera, Deputy
    Attorneys for Defendants

Dated:   March 10, 2023                         CARRILLO LAW FIRM, LLP
LAW OFFCE OF DALE K. GALIPO

By: /s/ Dale Galipo as authorized on 03/10/23
    Dale Galipo
    Attorneys for Plaintiffs

**FOR GOOD CAUSE SHOWN**, The Court hereby approves this stipulation to exclude introduction of evidence, references, and/or testimony during voir dire or trial.

IT IS SO ORDERED.

Dated:   **April 5, 2023**                         _____
UNITED STATES MAGISTRATE JUDGE