Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Suite #402
South Pasadena, California 91030
Telephone 626-799-9375
Facsimile 626-799-9380

Dale K. Galipo, Esq. Bar No. 144074
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone 818-347-3333
Email: dalekgalipo@yahoo.com

Attorneys for Plaintiffs
Rhonda Hagood and Doug Lovett

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA HAGOOD,** *et al*.<br><br>　　　　　**Plaintiffs,**<br><br>v.<br><br>**KERN COUNTY,** *et al*.<br><br>　　　　　**Defendants.** | Case No.: 1:18-cv-01092-CDB<br><br>**ADDITIONAL JOINT STIPULATION TO EXCLUDE INTRODUCTION OF EVIDENCE, REFERENCES AND/OR TESTIMONY DURING VOIR DIRE OR TRIAL**<br><br>Hearing: April 7, 2023, at 9:00 AM<br><br>**Trial Date: April 10, 2023<br>Time: 9:00 AM** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

　　**THIS STIPULATION IS HEREBY** entered into by and between the plaintiffs, by and through their counsel of record, Luis Carrillo and Michael Carrillo of Carrillo Law Firm, LLP.,

1

_____
Joint Stipulation to Exclude Evidence                                                                  1:18-cv-01092-CDB

1  Dale K. Galipo and Ranhee Lee of Law offices of Dale K. Galipo, and the defendants, by and
2  through their counsel of record, Kathleen Rivera, Deputy County Counsel of County of Kern.
3      WHEREAS, both parties further stipulate to exclude any evidence, testimony, or any
4  reference to anyone alleged being offered money to testify in favor of plaintiffs.
5      WHEREAS, both parties further stipulate to exclude any reference that evidence of
6  Doug Lovett's child support payments or obligations, unless he opens the door through his
7  testimony that he paid court ordered child support and/or met all of his obligations.
8      THEREFORE, based on the foregoing, the Parties hereby stipulate to exclude the above
9  issues enumerated above.

Joint Stipulation to Exclude Evidence    1:18-cv-01092-CDB

| | | |
|---|---|---|
| Dated: | March 16, 2023 | CARRILLO LAW FIRM, LLP |
| | | LAW OFFCE OF DALE K. GALIPO |

By:  /s/*Ranhee Lee*
    Dale K. Galipo
    Michael S. Carrillo
    Ranhee Lee
    Attorneys for Plaintiffs

Dated:   March 17, 2023        DEPUTY COUNTY COUNSEL

By: /s/ *Kathleen Rivera* as authorized on 03/17/23
    Kathleen Rivera, Attorney for Defendants
Kern County, Nick Evans, and Todd Newell

**FOR GOOD CAUSE SHOWN**, The Court hereby approves this stipulation to exclude introduction of evidence, references, and/or testimony during voir dire or trial.

IT IS SO ORDERED.

Dated:   **April 5, 2023**        _____
                                                  UNITED STATES MAGISTRATE JUDGE