UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HAGOOD, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>KERN COUNTY, et al.,<br><br>       Defendants. | Case No. 1:18-cv-01092-CDB<br><br>ORDER ON STIPULATION VACATING STATUS CONFERENCE AND EXTENDING DATE BY WHICH DISPOSITIONAL DOCUMENTS MUST BE FILED<br><br>(Docs. 129, 130) |

The parties' request for an extension of time to file dispositional documents and to continue the May 8 status conference (Doc. 130) is GRANTED IN PART to the extent the parties SHALL FILE dispositional documents on or before May 30, 2023. No further extensions of time to file dispositional documents will be granted. The status conference scheduled for May 8, 2023, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **May 4, 2023**                                              _____

UNITED STATES MAGISTRATE JUDGE