**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Ranhee Lee, SBN 330979
rlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333 | Facsimile: (818) 347-4118

LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375 | Fax: (626) 799-9380

Attorneys for Plaintiffs
RHONDA HAGOOD and DOUG LOVETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA HAGOOD and DOUG LOVETT,**<br><br>         PLAINTIFFS,<br><br>v.<br><br>**KERN COUNTY, a California municipal entity; NICK EVANS, an individual; TODD NEWELL, an individual; and DOES 1 THROUGH 10, Inclusive.**<br><br>         Defendants. | **CASE NO:  1:18-cv-01092-CDB**<br><br>**STIPULATION FOR DISMISSAL** |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their respective attorneys of records, have reached a settlement in this matter and hereby stipulate and respectfully request that the Court order the dismissal of the entire above-entitled action with prejudice. Each party will bear their own costs and fees.

Dated: May 31, 2023         LAW OFFICES OF DALE K. GALIPO


By: _____/s/_____
    Dale K. Galipo
    Ranhee Lee
    Attorneys for Plaintiffs

Dated: May 31, 2023         CARRILLO LAW FIRM, LLP


By: _____/s/_____
    Michael S. Carrillo, Esq.,
    Attorney for Plaintiffs

Dated: May 31, 2023         MARGO A. RAISON, COUNTY COUNSEL


By:     /s/_____
    Kathleen S. Rivera
    Deputy County Counsel